UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JACQUES H. TELCY,

    Petitioner,    Case No. 1:20-cv-28

v.            Honorable Paul L. Maloney

D. EMERSON,

    Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  February 12, 2020      /s/ Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge