UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JACQUES H. TELCY,

               Petitioner,             Case No. 1:20-cv-28

v.                                    Honorable Paul L. Maloney

D. EMERSON,

               Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases, made applicable to § 2241 cases by Rule 1(b), for failure to raise a meritorious federal claim.

Dated:    February 12, 2020               /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge